1  JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
San Francisco, California 94111
3  Telephone: (415) 576-9923
Facsimile: (415) 576-9929

ADR

4
Attorney for Plaintiff
5  DUNG QUOC NGUYEN

E-FILING

FILED

2007 OCT -5 P 4: 35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6

7                UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  DUNG QUOC NGUYEN                    )  C 07 No.: 05153  RS
                                       )
10                      Plaintiff,     )
                                       )  **PETITION FOR HEARING ON**
11  vs.                                )  **NATURALIZATION APPLICATION**
                                       )  **UNDER 8 U.S.C. § 1447(B)**
12  MICHAEL CHERTOFF, Secretary of the )
Department of Homeland Security;       )
13  EMILIO T. GONZALEZ, Director, U.S.  )
Citizenship and Immigration Services;  )
14  FRANCIS D. SICILIANO, Officer-in-Charge, )
San Jose Sub Office, U.S. Citizenship and )
15  Immigration Services;              )
ROBERT S. MUELLER,                     )
16  Director of Federal Bureau of Investigation )
                                       )
17                      Defendants.    )
                                       )
18

19        COMES NOW DUNG QUOC NGUYEN, Plaintiff in the above-styled and numbered

20  cause, and for cause of action would show to the Court the following:

21  1.      This action is brought for a hearing to decide Plaintiff's naturalization application due to

22  Defendants' failure to adjudicate the application within 120 days after the first examination in

23  violation of the Immigration and Nationality Act ("INA") § 336(b) and 8 U.S.C. §1447(b).

                            **PARTIES**
24
2.      Plaintiff DUNG QUOC NGUYEN, a citizen of Vietnam, is a lawful permanent resident of
25
the United States (A#73 288 572). On February 3, 2006, Plaintiff was interviewed for his
26
naturalization application(**Exhibit 1**). Defendants have failed to make a decision on the
27
application within 120 days after the examination.
28

---

Case No.:
PETITION FOR HEARING ON NATURALIZATION APPLICATION            F:\LING\1447b\NGUYEN, Dung Quoc\Complaint.wpd

3.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS),and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. § 2.1.

4.      Defendant Emilio T. Gonzalez, is the Director of the United States Citizenship and Immigration Service (USCIS), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. Defendant Director is generally charged with the overall administration of benefits and immigration services. 8 C.F.R. § 100.2(a)

5.      Defendant Francis D. Siciliano, Officer-in-Charge of San Jose Sub District Office, is an official of the USCIS generally charged with supervisory authority over all operations of the USCIS within his District with certain specific exceptions not relevant here. 8 C.F.R. §100.2(d)(2)(ii). As will be shown, Defendant Officer is the official with whom Plaintiff's naturalization application remains pending.

6.      Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances on Plaintiff's cases.

## JURISDICTION

7.      Jurisdiction in this case is proper under the INA § 336(b) and 8 U.S.C. §1447(b). Relief is requested pursuant to said statutes.

## VENUE

8.      Venue is proper in this court, pursuant to 8 U.S.C. §1447(b), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## CAUSE OF ACTION

9.      Plaintiff is a lawful permanent resident of the United States. Plaintiff was interviewed for his naturalization application on June 7, 2006 (**Exhibit 2**). Plaintiff's application for naturalization has now remained un-adjudicated for more than one year and three months from the date of the interview.

10.     Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

11.     Defendants, in violation of 8 U.S.C. § 1447 (b), have failed to make a determination on Plaintiff's naturalization application within the 120-day period after the date of examination.

**PRAYER**

12.     WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order adjudicating the naturalization application.  In the alternative, the Court may remand requiring Defendants to immediately adjudicate Plaintiff's naturalization application. In addition, Plaintiff requests an award of reasonable attorney's fees under the Equal Access to Justice Act and such other relief at law and in equity as justice may require.


Dated: October 4, 2007                          Respectfully submitted,



                                                Justin X. Wang, Esq.
                                                Attorney for Plaintiff

# LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
| --- | --- |
| 1 | N400 Receipt Notice |
| 2 | Letter from USCIS showing date of interview |

Exhibit 1

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>February 03, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 073 288 572 |
| APPLICATION NUMBER<br>WSC*001442413 | RECEIVED DATE<br>January 25, 2006 | PRIORITY DATE<br>January 25, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
DUNG QUOC NGUYEN
2128 PEDRO AVE
MILPITAS CA  95035

PAYMENT INFORMATION:

Single Application Fee:    $400.00
Total Amount Received:    $400.00
Total Balance Due:        $0.00

ldhihhhhhhhhhhh

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:         February 16, 1973
Address Where You Live:  2128 PEDRO AVE
                         MILPITAS CA 95035

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001549741



Exhibit 2

U.S. Department of Homeland Security
Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#:  A73288572

On June 7, 2006, you were interviewed by USCIS Officer **JOHN R. GONZALEZ**

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to ☐ speak / ☐ read / ☐ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your ☐ English ability / ☐ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. USCIS will send you a written decision about your application.

**A)** ☐ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

*NAME CHECK PENDING*

**B)** ☑ **A decision cannot yet be made about your application.**

**It is very important that you:**

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.