1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |

8 | Attorneys for Defendants

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | DUNG QUOC NGUYEN,                          )
                                              ) No. C 07-5153 RS
13 |         Plaintiff,                        )
                                              )
14 |     v.                                    )
                                              ) **PARTIES' CONSENT TO MAGISTRATE**
15 | MICHAEL CHERTOFF, Secretary of the        ) **JUDGE JURISDICTION**
Department of Homeland Security;              )
16 | EMILIO T. GONZALES, Director, U.S.        )
Citizenship and Immigration Services;         )
17 | FRANCIS D. SICILIANO, Officer-in-Charge,  )
San Jose Sub Office, U.S. Citizenship and     )
18 | mmigration Services;                      )
ROBERT S. MUELLER, Director of                )
19 | Federal Bureau of Investigation,          )
                                              )
20 |         Defendants.                       )
                                              )
21 |

22 |    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

23 | and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

24 | Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

25 | final judgment.

26 | ///

27 | ///

28 |

Consent to Magistrate Jurisdiction
C07-5153 RS                               1

| | |
|---|---|
| 1   Date: November 29, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 |        /s/<br>EDWARD A. OLSEN |
| 5 | Assistant United States Attorney<br>Attorneys for Defendants |
| 8   Date: November 29, 2007 |        /s/<br>JUSTIN X. WANG<br>Attorney for Plaintiff |

Consent to Magistrate Jurisdiction
C07-5153 RS      2