1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 DUNG QUOC NGUYEN,                    )
                                        ) No. C 07-5153 RS
13            Plaintiff,                )
                                        )
14       v.                             )
                                        ) **STIPULATION TO DISMISS AND**
15 MICHAEL CHERTOFF, Secretary of the   ) **[PROPOSED] ORDER**
   Department of Homeland Security;     )
16 EMILIO T. GONZALES, Director, U.S.   )
   Citizenship and Immigration Services;)
17 FRANCIS D. SICILIANO, Officer-in-Charge,)
   San Jose Sub Office, U.S. Citizenship and )
18 mmigration Services;                 )
   ROBERT S. MUELLER, Director of       )
19 Federal Bureau of Investigation,     )
                                        )
20            Defendants.               )
                                        )
21

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-5153 RS                             1

| | | |
|---|---|---|
| 1 | Date: November 29, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | ___/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: November 29, 2007 | ___/s/_____<br>JUSTIN X. WANG<br>Attorney for Plaintiff |
| 9 | | |
| 10 | | **ORDER** |
| 11 | Pursuant to stipulation, IT IS SO ORDERED. | |
| 12 | Date: | |
| 13 | | _____<br>RICHARD SEEBORG<br>United States Magistrate Judge |

Stipulation to Dismiss
C07-5153 RS                                               2